# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DENNIS LARAMORE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:17-CV-1618 JAR |
| SHANNON THOMPSON, et al., | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for Appointment of Counsel (Doc. No. 49) and request for a trial setting (Doc. No. 50).

A review of the file indicates that Plaintiff first requested appointment of counsel on October 13, 2017. (Doc. No. 25) His request was considered in light of relevant factors, see Johnson v. Williams, 788 F.2d 1319, 1322-23 (8th Cir. 1986) and Nelson v. Redfield Lithograph Printing, 728 F.2d 1003, 1004 (8th Cir. 1984), and denied without prejudice on October 17, 2017. (Doc. No. 26) On April 11, 2018, Plaintiff again requested appointment of counsel. (Doc. No. 42) The Court denied Plaintiff's request, noting that this case is neither factually nor legally complex and that Plaintiff has demonstrated he can adequately present his claims to the Court. (Doc. No. 48) Upon consideration, the Court will deny Plaintiff's latest request for appointment of counsel. The Court finds nothing in the record to cause it to reconsider its previous orders denying Plaintiff's motions for appointment of counsel.

Plaintiff also requests the Court set this case for trial since Defendants did not file a motion for summary judgment by April 5, 2018, pursuant to the current Case Management

Order.[1] Plaintiff's request for a trial setting will be denied. On February 23, 2018, this Court extended the dispositive motion deadline to July 26, 2018.[2] (Doc. No. 37) This deadline applies to Plaintiff as well as to Defendants. The Court will set this case for trial once it has ruled on any motions for summary judgment.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Appoint Counsel [49] is **DENIED** without prejudice.

**IT IS FURTHER ORDERED t**hat Plaintiff's request for trial setting [50] is **DENIED**.

Dated this 12th day of June, 2018.

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

---

[1] In fact, the Case Management Order issued on September 25, 2017, set March 5, 2018 as the deadline for filing dispositive motions and April 5, 2018 as the deadline for filing a response. (Doc. No. 21)

[2] The original order was modified on June 11, 2018 to correct the dispositive motion deadline and the parties were notified.